IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00302-PAB-MJW

YSIDRO LONGORIA,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individually capacity and as an employee of CCA,
C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O. LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN ROMERO, in her individual capacity and as an employee of CCA,
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA,
C.O. CHIEF JOHN DOE 1, in his individual capacity and as an employee of CCA,

    Defendants.
_____

## NOTICE OF ENTRY OF APPEARANCE
_____

    Andrew D. Ringel, Esq., of Hall & Evans, L.L.C., hereby enters his appearance on behalf of Defendants Corrections Corporation of America, Dennis Kastelic, Glenda Lucero, Linda Bradford, Brandon Florez, Anthony Romero, Roseann Jaramillo, Tiffany Marez, and Steve Medina.

2

Dated this 27th day of February, 2015.

Respectfully submitted,


s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:   (303) 628-3300
Facsimile:     (303) 628-3368
Email: ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS CORRECTIONS CORPORATION OF AMERICA, GLENDA LUCERO, BRANDON FLOREZ, ANTHONY ROMERO, ROSEANN ROMERO, TIFFANY MAREZ, AND STEVE MEDINA**

3

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 27th day of February, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David C. Japha
950 South Cherry Street, Suite 912
Denver, CO 80246
Email: davidjapha@japhalaw.com

s/ Nicole Marion, Legal Assistant to
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:   (303) 628-3300
Facsimile:    (303) 628-3368
Email: ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS CORRECTIONS CORPORATION OF AMERICA, GLENDA LUCERO, BRANDON FLOREZ, ANTHONY ROMERO, ROSEANN ROMERO, TIFFANY MAREZ, AND STEVE MEDINA**