**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-CV-302-GPG

YSIDRO LONGORIA,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individual capacity and as an employee of CCA,
C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O. LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA,
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O. DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA,
C.O. CHIEF JOHN DOE I, in his individual capacity and as an employee of CCA,

Defendants.

---

**ENTRY OF APPEARANCE OF WILLIAM A. ROGERS, III**

---

William A. Rogers, III of Wood, Ris & Hames, P.C., 1775 Sherman Street, Suite 1600, Denver, Colorado 80203-4317, hereby enters his appearance as counsel for Defendant Linda Bradford in this matter.

Respectfully submitted this 13th day of March, 2015.

2

        WOOD, RIS & HAMES, P.C.


        /s/ William A. Rogers, III
        William A. Rogers, III
        Rachel A. Morris
        1775 Sherman Street, Suite 1600
        Denver, CO 80203-4313
        Telephone: (303) 863-7700
        Fax: (303) 830-8772
        Emails: wrogers@wrhlaw.com
                  rmorris@wrhlaw.com

        *Attorneys for Defendant Linda Bradford*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2015, a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF WILLIAM A. ROGERS, III** was filed with the Clerk of Court using CM/ECF, and notification of such filing to the following parties of record:

David C. Japha
The Law Offices of David C. Japha, P.C.
950 South Cherry Street, Suite 912
Denver, CO 80246
davidjapha@japhalaw.com
*Attorneys for Plaintiff*

        /s/ Janna L. Kocher

2