IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00302-PAB-MJW

YSIDRO LONGORIA,

      Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individually capacity and as an employee of CCA,
C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O. LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA,
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA,
C.O. CHIEF JOHN DOE 1, in his individual capacity and as an employee of CCA,

      Defendants.

---

## CORPORATE DISCLOSURE STATEMENT FROM DEFENDANT CORRECTIONS CORPORATION OF AMERICA

---

Defendant Corrections Corporation of America, by and through its counsel, Andrew D. Ringel, Esq., of Hall & Evans, L.L.C., pursuant to Fed. R. Civ. P. 7.1 and D.C.Colo.LCivR. 7.4, hereby respectfully submits this Corporate Disclosure Statement, as follows:

    1.    Corrections Corporation of America is not a subsidiary of any other entity.

    2.    Corrections Corporation of America is a publicly traded company on the New York Stock Exchange.

WHEREFORE, Defendant Corrections Corporation of America respectfully submits the foregoing Corporate Disclosure Statement.

Dated this 18th day of March, 2015.

Respectfully submitted,

s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:   (303) 628-3300
Facsimile:    (303) 628-3368
Email: ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS CORRECTIONS CORPORATION OF AMERICA, GLENDA LUCERO, BRANDON FLOREZ, ANTHONY ROMERO, ROSEANN ROMERO, TIFFANY MAREZ, DAVID LAMBERT AND STEVE MEDINA,**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 18th day of March, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David C. Japha
davidjapha@japhalaw.com

Rachel A. Morris, Esq.
rmorris@wrhlaw.com

William A. Rogers, III, Esq.
wrogers@wrhlaw.com

s/ Nicole Marion, Legal Assistant to
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:   (303) 628-3300
Facsimile:    (303) 628-3368
Email: ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS CORRECTIONS CORPORATION OF AMERICA, GLENDA LUCERO, BRANDON FLOREZ, ANTHONY ROMERO, ROSEANN ROMERO, TIFFANY MAREZ, DAVID LAMBERT AND STEVE MEDINA**