IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00302-PAB-MJW

YSIDRO LONGORIA,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individually capacity and as an employee of CCA,
C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O. LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA,
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA,
C.O. CHIEF JOHN DOE 1, in his individual capacity and as an employee of CCA,

    Defendants.
_____

## JOINT STIPULATED MOTION FOR PROTECTIVE ORDER
_____

    Plaintiff and Defendants, by and through their respective counsel, David C. Japha, Esq., Andrew D. Ringel, Esq. and Edmund M. Kennedy, Esq. of Hall & Evans, L.L.C., and William A. Rogers, III, Esq. and Rachel A. Morris, Esq. of Wood, Ris & Hames, P.C., hereby respectfully submit this Joint Stipulated Motion for Protective Order and request this Court issue the attached proposed Protective Order pursuant to Fed. R. Civ. P. 26(c) concerning the treatment of Confidential Information, be made an order of this Court, and as grounds therefore state as follows:

1. Certain documents of the Defendants, that may be requested and produced in this matter, may contain certain policy, procedure, operations and personnel and employment information as to which the Colorado Department of Corrections and Corrections Corporation of America have proprietary, security, and other confidential interests. In addition, some of the documents that may be requested relate to policies of Corrections Corporation of America to which proprietary business interests exist. Finally, some of the documents that may be requested of the individual Defendants contain personnel, employment or personal information as to which they have a privacy interest.

2. Certain documents of Plaintiff that may be requested and produced in this matter contain personal, confidential, and/or medical information protected under constitutional or statutory provisions or under common law privacy interests. In particular, due to the nature of the Plaintiff's claims and requested damages, Plaintiff's medical records will be produced in this matter and may retain some privacy interests in such information as to collateral persons.

3. Nothing contained in this Motion should be construed as an acknowledgment by the Plaintiff or the Defendants that any specific information that could fall into any of the categories outlined above is properly discoverable pursuant to the applicable Federal Rules of Civil Procedure and federal and Colorado law.

4. The Plaintiff and the Defendants jointly respectfully request the accompanying Protective Order be entered by this Court to govern the handling of confidential information produced in this litigation.

WHEREFORE, for all of the foregoing reasons, Plaintiff and Defendants respectfully request this Court enter the attached Protective Order as an Order of this Court.

Dated this 31st day of March, 2015.

Respectfully submitted,

s/ David C. Japha            .
David C. Japha, Esq.
950 S. Cherry Street, Suite 912
Denver, Colorado 80426
Telephone:  (303) 964-9500
Facsimile:  (866) 260-7454
Email:  davidjapha@japhalaw.com

**ATTORNEYS FOR PLAINTIFF**

s/ Edmund M. Kennedy
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:   (303) 628-3300
Facsimile:    (303) 628-3368
Email: kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANTS CORRECTIONS CORPORATION OF AMERICA, GLENDA LUCERO, BRANDON FLOREZ, ANTHONY ROMERO, ROSEANN ROMERO, TIFFANY MAREZ, DAVID LAMBERT AND STEVE MEDINA**

s/ Rachel A. Morris           .
Rachel A. Morris, Esq.
Wood, Ris & Hames, P.C.
1775 Sherman Street, Suite 1600
Denver, CO 80203
Telephone: (303) 863-7700
Facsimile: (303) 830-8772
E-mail: wrogers@wrhlaw.com
     rmorris@wrhlaw.com

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 31st day of March, 2015, I electronically filed the foregoing **JOINT STIPULATED MOTION FOR PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David C. Japha
davidjapha@japhalaw.com

Rachel A. Morris, Esq.
rmorris@wrhlaw.com

William A. Rogers, III, Esq.
wrogers@wrhlaw.com

s/ Nicole Marion, Legal Assistant to
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:   (303) 628-3300
Facsimile:   (303) 628-3368
Email: ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS CORRECTIONS CORPORATION OF AMERICA, GLENDA LUCERO, BRANDON FLOREZ, ANTHONY ROMERO, ROSEANN ROMERO, TIFFANY MAREZ, DAVID LAMBERT AND STEVE MEDINA**

\\HALLX3400\Lssdocuments\00000553\00600336.000.DOCX