IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   15-cv-00302-PAB-MJW | FTR - Courtroom A-502 |
| **Date:**   April 16, 2015 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| YSIDRO LONGORIA, | David C. Japha |
| Plaintiff(s), | |
| v. | |
| CORRECTIONS CORPORATION OF AMERICA, | Edmund M. Kennedy |
| CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individual capacity and as an employee of CCA, | Rachel A. Morris |
| C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA, | |
| C.O. LINDA BRADFORD, in her individual capacity and as an employee of CCA, | |
| C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA, | |
| C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA, | |
| C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA | |
| C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA, | |
| C.O. DAVID LAMBERT, in his individual capacity and as an employee of CCA, | |
| C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA, and | |
| C.O. CHIEF JOHN DOE 1, in his individual capacity and as an employee of CCA, | |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**
Court calls case.  Appearances of counsel.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Plaintiff is attempting to identify the JOHN DOE defendant.

Parties shall complete their Fed. R. Civ. P. 26(a)(1) disclosures **on or before APRIL 17, 2015.**

Joinder of Parties/Amendment to Pleadings:    **JUNE 16, 2015**

Discovery Cut-off:   **DECEMBER 04, 2015**

Dispositive Motions Deadline:   **JANUARY 15, 2016**

Each side shall be limited to five (5) expert witnesses, without further leave of Court, as set forth in the Scheduling Order.
Parties shall designate experts **on or before SEPTEMBER 18, 2015**
Parties shall designate rebuttal experts   **on or before OCTOBER 19, 2015**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before   **OCTOBER 30, 2015.**
Each side shall be limited to thirty (30) Interrogatories, twenty-five (25)  Requests for Production,   and   twenty-five (25)  Requests for Admissions, without leave of Court.

Each side shall be limited to fifteen (15) fact depositions.  Each deposition shall be limited  to one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than  DECEMBER 04, 2015**.


**FINAL PRETRIAL CONFERENCE** set for    **MARCH 15, 2016 at 9:00 a.m.**
 in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed  **on or before MARCH 08, 2016**
In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a seven (7) day trial to a jury.
The Honorable Philip A. Brimmer  will set a Trial Preparation Conference and Trial at a future date.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement may result in denial of entry to the courthouse.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

**[X]**   Scheduling Order is signed and entered  with interlineations   **APRIL 16, 2015**

Hearing concluded.

**Court in recess:**   2:52 p.m.
Total in-court time: 00:20

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.