## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-00302- PAG-MJW

YSIDRO LONGORIA,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individual capacity and as an employee of CCA,

C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O.  LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA,
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O. DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA
C.O.  CHIEF JOHN DOE 1, in his individual capacity and as an employee of CCA,
Defendants.

_____

**STIPULATED EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO FIRST SET OF WRITTEN DISCOVERY TO PLAINTIFF FROM DEFENDANTS CORRECTIONS CORPORATION OF AMERICA, DENNIS KASTELIC, GLENDA LUCERO, BRANDON FLOREZ, ANTHONY ROMERO, ROSEANN JARAMILLO, TIFFANY MAREZ, DAVID LAMBERT AND STEVE MEDINA**

_____

Plaintiff, through counsel, and Defendants CORRECTIONS CORPORATION OF AMERICA, DENNIS KASTELIC, GLENDA LUCERO, BRANDON FLOREZ, ANTHONY ROMERO, ROSEANN JARAMILLO, TIFFANY MAREZ, DAVID LAMBERT AND STEVE MEDINA, their counsel, and pursuant to Rules 6, 33 and 34, F.R.C.P., as well as D.C.COLO.L.Civ.R. 6.1 (a), hereby stipulate as follows:

1. On April 14, 2015 the above-named defendants served on Mr. Longoria's counsel their FIRST SET OF WRITTEN DISCOVERY TO PLAINTIFF .  Pursuant to Rule 6, F.R.C.P., responses are due on or before May 17, 2015.

2.  On or about April 23, 2015, Mr. Longoria was moved from the Arkansas Valley Correctional Facility to the Pueblo County Jail, complicating the ability to send to him the discovery.  Counsel did send a copy to Mr. Longoria after receiving it, but it is not clear that Mr. Longoria  received it before he was moved to the Pueblo County Jail.

3.  The above-named defendants and plaintiff, through respective counsel, stipulate that plaintiff's responses to these Defendants' First Set of Written Discovery will now be due on or before June 7, 2015, 21 days past the original due date.

4.  This Stipulation is being entered into pursuant to Rule 6.1, D.C.Colo.Civ.R.

WHEREFORE, the parties to this Stipulation ask that it be effective upon filing.

Dated this 1st day of May, 2015.

RESPECTFULLY SUBMITTED,

THE LAW OFFICES OF DAVID C. JAPHA, P.C.

| | |
|---|---|
| S/ David C. Japha | S/Andrew D. Ringel, Esq. |
| By David C. Japha | By Andrew Ringel, Esq. |
| 950 S. Cherry Street, Ste. 912 | Edmund Kennedy, Esq. |
| Denver, CO 80246 | Hall & Evans, L. L. C. |
| (303) 964-9500 | 1001 17th Street, Ste. 300 |
| Fax: 1-866- 260-7454 | Denver, CO 80202 |
| email: Djapha4064@aol.com | (303) 628-3300 |
| | Facsimile: (303) 628-3368 |
| | Email: ringela@hallevans.com |
| | Kennedye@hallevans.com |

CERTIFICATE OF SERVICE

I hereby certify that on this 1st[th] day of May, 2015, I served a true and correct copy of the foregoing Stipulation on counsel for the Defendant Linda Bradford, via email to:

Rachel A. Morris, Esq.  and William A Rogers, III, Esq.
Rmorris@wrhlaw.com  and Wrogers@wrhlaw.com

In addition, Counsel certifies that he has sent a copy of these disclosures to Mr. Longoria

s/ DAVID C. JAPHA
_____