IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00302-PAB-MJW

YSIDRO LONGORIA,

      Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individually capacity and as an employee of CCA,
C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O. LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA,
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA,
C.O. CHIEF JOHN DOE 1, in his individual capacity and as an employee of CCA,

      Defendants.
_____

**DEFENDANTS' DESIGNATION OF NONPARTIES AT FAULT**
_____

      Defendants Corrections Corporation of America, Dennis Kastelic, Glena Lucero, Linda Bradford, Brandon Florez, Anthony Romero, Roseann Jaramillo, Tiffany Marez, David Lambert, and Steve Medina, by and through their respective counsel, Andrew D. Ringel, Esq., and Edmund M. Kennedy, Esq. of Hall & Evans, L.L.C., and William A. Rogers, III, and Rachel A. Morris, Esq. of Wood, Ris & Hames, P.C., pursuant to pursuant to C.R.S. § 13-21-111.5, hereby respectfully submit the following Designation of Nonparties at Fault, and state as follows:

1.      Manuel Franco, DOC No. 145829, Colorado State Penitentiary, P.O. Box 777, Canon City, CO 81215.  Mr. Franco was involved in the altercation that is the basis of Plaintiff's allegations in his Complaint and Amended Complaint. As a result of Mr. Franco's actions, Plaintiff suffered the injuries he is claiming in this matter.  Therefore, to the extent the allegations contained in Plaintiff's Complaint and Amended Complaint asserting liability against Defendants are true, which Defendants deny, Mr. Franco is wholly or partially at fault pursuant to the provisions of C.R.S. § 13-17-111.5. 2.

2.,      Darren Velasquez, DOC 158328, current address unknown.  Mr. Velasquez was involved in the altercation that is the basis of Plaintiff's allegations in his Complaint and Amended Complaint.  As a result of Mr. Velasquez's actions, Plaintiff suffered the injuries he is claiming in this matter.  Therefore, to the extent the allegations contained in Plaintiff's Complaint and Amended Complaint asserting liability against Defendants are true, which Defendants deny, Mr. Velasquez is wholly or partially at fault pursuant to the provisions of C.R.S. § 13-17-111.5. 2.

WHEREFORE, pursuant to C.R.S. § 13-21-111.5, Defendants Corrections Corporation of America, Dennis Kastelic, Glena Lucero, Linda Bradford, Brandon Florez, Anthony Romero, Roseann Jaramillo, Tiffany Marez, David Lambert, and Steve Medina respectfully submit the foregoing Defendants' Designation of Nonparties at Fault.

Dated this 18th day of May, 2015.

Respectfully submitted,

s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:   (303) 628-3300
Facsimile:    (303) 628-3368
Email: ringela@hallevans.com
        kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANTS CORRECTIONS CORPORATION OF AMERICA, GLENDA LUCERO, BRANDON FLOREZ, ANTHONY ROMERO, ROSEANN JARAMILLO, TIFFANY MAREZ, AND STEVE MEDINA**

and

s/ Rachel A. Morris            .
William A. Rogers, III, Esq.
Rachel A. Morris, Esq.
Wood, Ris & Hames, P.C.
1775 Sherman Street, #1600
Denver, CO 80203-4313
Tel:  (303) 863-7700
Fax:  (303) 830-8772
Email: wrogers@wrhlaw.com
        rmorris@wrhlaw.com

**ATTORNEYS FOR DEFENDANT LINDA BRADFORD**

3

**<u>CERTIFICATE OF SERVICE (CM/ECF)</u>**

I HEREBY CERTIFY that on the 18th day of May, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David C. Japha, Esq.
davidjapha@japhalaw.com

William A. Rogers, III, Esq.
wrogers@wrhlaw.com

Rachel A. Morris, Esq.
rmorris@wrhlaw.com

<u>s/ Nicole Marion, Legal Assistant to</u>
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:   (303) 628-3300
Facsimile:    (303) 628-3368
Email: ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS CORRECTIONS CORPORATION OF AMERICA, GLENDA LUCERO, BRANDON FLOREZ, ANTHONY ROMERO, ROSEANN JARAMILLO, TIFFANY MAREZ, AND STEVE MEDINA**

4