IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15 CV 302 PAG MJW

YSIDRO LONGORIA,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individual capacity and as an employee of CCA,

C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O.  LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA,
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O. DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA
C.O.  CHIEF JOHN DOE 1, in his individual capacity and as an employee of CCA,
Defendants.

_____

**PLAINTIFF'S  UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER TO EXTEND THE DATE OF FILING ANY MOTION TO AMEND TO JULY 16, 2015**
_____

Plaintiff, through counsel, and pursuant to this Court's scheduling order entered on April 16, 2015, requests this Honorable Court for an Order modifying the scheduling Order to allow for an extension of time to join parties and/or  file  amended pleadings to and including July 16, 2015 and as grounds therefor states:

1.  Pursuant to the Scheduling Order entered on April 16, 2015, the deadline for Joinder of Parties and Amendment of Pleadings is June 16, 2015.

2.  The parties have conferred about this issue pursuant to Local Rule 7.1 and Plaintiff's

counsel represents that counsel for Defendants have no objection to extending the deadline for joining parties and/or amending the pleadings to allow for more discovery on the issue of the names of any defendants, particularly the defendant John Doe listed in the names of Defendants.

3. Plaintiff's counsel needs more discovery to be able to determine if any parties should be joined and/or pleadings need to be amended.

4. Because discovery is ongoing and the issue of joining a party defendant and/or amending the pleadings is being addressed, Plaintiff believes there is good cause for modifying the Scheduling Order to allow and extension of time to join any parties and/or amend the pleadings.

WHEREFORE, Plaintiff requests that the deadline for joining any parties and/or amending the pleadings be extended to July 16, 2015.

Dated this 12th day of June, 2015.

RESPECTFULLY SUBMITTED,

THE LAW OFFICES OF DAVID C. JAPHA, P.C.

S/ David C. Japha

_____

by David C. Japha
950 S. Cherry Street, Ste. 912
Denver, CO 80246
(303) 964-9500
Fax: 1-866- 260-7454
email: Djapha4064@aol.com

CERTIFICATE OF SERVICE

       I hereby certify that on this 12th day of June, 2015, I served a true and correct copy of the foregoing on counsel for the Defendants, via email to:

Andrew Ringel, Esq.  and Edmund Kennedy, Esq.
ringela@hallevans.com and kennedye@hallevans.com

Rachel A. Morris, Esq.  and William A Rogers, III, Esq.
Rmorris@wrhlaw.com  and Wrogers@wrhlaw.com

In addition, Counsel certifies that he has sent a copy of these disclosures to Mr. Longoria

s/ DAVID C. JAPHA
_____