**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15 CV 302 PAG MJW

YSIDRO LONGORIA,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individual capacity and as an employee of CCA,

C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O.  LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA,
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O. DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA
C.O.  CHIEF JOHN DOE 1, in his individual capacity and as an employee of CCA,
Defendants.

_____

**PLAINTIFF'S MOTION TO FURTHER MODIFY SCHEDULING ORDER TO EXTEND**
**THE DATE OF FILING ANY MOTION**
**TO AMEND TO SEPTEMBER 1, 2015**

_____

Plaintiff, through counsel, and pursuant to this Court's scheduling order entered on April 16, 2015, as previously modified on June 15, 2015, requests this Honorable Court for an Order further modifying the scheduling Order to allow for an extension of time to join parties and/or file amended pleadings to and including September 1, 2015 and as grounds therefor states:

1.  Pursuant to the Modified Scheduling Order entered on June 15, 2015, the deadline for Joinder of Parties and Amendment of Pleadings is July 16, 2015.

2.  On July 15, 2015, Plaintiff's counsel contacted Defendants' counsel via email and on July 16, 2015, via telephone to Mr. Ringel but without response.  As a result, plaintiff's counsel is unable to represent that the parties have conferred about this issue pursuant to Local Rule 7.1 or what Defendants' position is regarding this matter.

3.  Plaintiff's counsel has requested discovery the response to which should assist Mr. Longoria in identifying individuals who should be joined and/or pleadings that need to be amended.

4.   Because discovery is ongoing and the issue of joining a party defendant and/or amending the pleadings is being addressed, Plaintiff believes there is good cause for modifying the Scheduling Order to allow and extension of time to join any parties and/or amend the pleadings.

5.  Specifically, Plaintiff has requested to see pictures of corrections officers on duty on the date in question and Defendants still have time remaining to respond to Plaintiff's discovery requests.

6.  Because the specific discovery requests address any issue regarding any identification of further defendants or the John Doe listed, no prejudice would inure to that defendant if joined before the discovery cut-off date of December 4, 2015.  There would still be more than 90 days to conduct discovery if any defendant were identified or added no later than September 1, 2015.

WHEREFORE, Plaintiff requests that the deadline for joining any parties and/or amending the pleadings be extended to September 1, 2015.

Dated this 16th day of July, 2015.

RESPECTFULLY SUBMITTED,

THE LAW OFFICES OF DAVID C. JAPHA, P.C.

S/ David C. Japha

_____

by David C. Japha
950 S. Cherry Street, Ste. 912
Denver, CO 80246
(303) 964-9500
Fax: 1-866- 260-7454
email: Djapha4064@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2015, I served a true and correct copy of the foregoing on counsel for the Defendants, via email to:

Andrew Ringel, Esq.  and Edmund Kennedy, Esq.
ringela@hallevans.com and kennedye@hallevans.com

Rachel A. Morris, Esq.  and William A Rogers, III, Esq.
Rmorris@wrhlaw.com  and Wrogers@wrhlaw.com

In addition, Counsel certifies that he has sent a copy of these disclosures to Mr. Longoria

s/ DAVID C. JAPHA

_____