IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15 CV 302 PAG MJW

YSIDRO LONGORIA,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individual capacity and as an employee of CCA,

C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,

C.O. LINDA BRADFORD, in her individual capacity and as an employee of CCA,

C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,

C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,

C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA,

C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,

C.O. DAVID LAMBERT, in his individual capacity and as an employee of CCA,

C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA

C.O. CHIEF JOHN DOE 1, in his individual capacity and as an employee of CCA,

Defendants.

_____

**MOTION FOR PERMISSION TO FILE SECOND AMENDED COMPLAINT**
_____

The plaintiff, pursuant to Rules 15(a) and 15(c)(1)(B) and (C), F.R.C.P., requests this Honorable Court for an Order granting leave to file a second amended complaint in this matter and as grounds therefor states:

1. Filed herewith is a proposed Second Amended Complaint, which names additional individuals who were involved in the conduct complained of in the Amended Complaint.

2. On February 13, 2015, plaintiff filed an amended complaint.

3. Although discovery is not yet completed, certain facts have become known to the plaintiff regarding the involvement of individuals which he has attempted to incorporate into the Second Amended Complaint, filed herewith pending approval of this Court.

4. Counsel for the plaintiff has consulted with defendants' counsel pursuant to local rule (D.C.Colo.LCivR. 7.1(a)) and represents that defendants oppose this motion.

5. Given the terms of the Amended Scheduling Order entered by this Court on or about July 17, 2015, there is no prejudice to the defendants in allowing the Second Amended Complaint filed herewith to be made a pleading in this matter.

WHEREFORE, the plaintiff seeks leave to file a Second Amended Complaint.

Dated this 1st day of September 2015.

RESPECTFULLY SUBMITTED,

THE LAW OFFICES OF DAVID C. JAPHA, P.C.

s/ David C. Japha

_____
by David C. Japha
950 S. Cherry Street, Ste. 912
Denver, CO 80246
(303) 964-9500
fax: 1-866-260-7454
email: Djapha4064@aol.com
Attorney for the Plaintiff Ysidro Longoria

CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of September, 2015, I served a true and correct copy of the foregoing Motion for Permission to file a Second Amended Complaint has been served on counsel for the Defendants, via ECF to:

Andrew Ringel, Esq.  and Edmund Kennedy, Esq.
ringela@hallevans.com and kennedye@hallevans.com

Rachel A. Morris, Esq.  and William A Rogers, III, Esq.
Rmorris@wrhlaw.com  and Wrogers@wrhlaw.com

In addition, Counsel certifies that he has sent a copy of these disclosures to Mr. Longoria
.
/s David C. Japha