IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15 CV 302 PAG MJW

YSIDRO LONGORIA,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individual capacity and as an employee of CCA,

C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O.  LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA,
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O. DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA
C.O.  CHIEF JOHN DOE 1, in his individual capacity and as an employee of CCA,
Defendants.

_____

**PLAINTIFF'S UNOPPOSED MOTION TO FURTHER MODIFY SCHEDULING ORDER TO EXTEND THE DEADLINES FOR FILING EXPERT DISCLOSURES AND DISCOVERY CUT OFF**
_____

Plaintiff, through counsel, and pursuant to this Court's scheduling order entered on April 16, 2015, as previously modified on July 17, 2015, requests this Honorable Court for an Order further modifying the scheduling Order to allow for an extension of time to Extend the Deadlines for Disclosing Experts and the Discovery Cut Off Deadline to and including November 2, 2015 (Party with Burden of Persuasion); December 7, 2015 (Rebuttal and contradictory experts); and December 31, 2015 (Discovery Cut Off) and as grounds therefor states:

1. Pursuant to the Scheduling Order entered on April 16, 2015 (and unmodified by the June 15 and July 17, 2015 modifications), the expert designation deadlines for the party with the burden of persuasion and for rebuttal and contradictory experts are September 18, 2015 and October 19, 2015, respectively.

2. Pursuant to that same Order, The discovery cut-off date is December 4, 2015.

3. The parties have conferred about this issue pursuant to Local Rule 7.1 and Plaintiff's counsel represents that counsel for Defendants have no objection to extending the deadlines for designating experts to November 2, 2015 (initial designation by party with burden of persuasion) and December 7, 2015 (rebuttal or contradictory experts) and to December 31, 2015 for discovery cut off.

4. The parties have exchanged initial discovery but it is possible that there may be follow up discovery.

5. Mr. Longoria is currently incarcerated in the Pueblo County Jail and having him evaluated by an expert or experts has been difficult and counsel is not yet prepared to designate any experts.

6. Because discovery is ongoing and the designation of experts is not yet possible, Plaintiff believes there is good cause for modifying the Scheduling Order to allow an extension of time to designate experts, both for the parties with the burden of proof and those who wish to rebut or contradict the original designated experts.

7. In addition, because Plaintiff is requesting that the expert designations be extended, it may be necessary to extend the time to conduct discovery, including depositions.

8. The modifications requested herein are in all the parties' interest and will not cause undue delay in the progress of this matter.

WHEREFORE, Plaintiff requests that the deadline for designating experts by parties with the burden of persuasion be extended to November 2, 2015; that the deadline for designating rebuttal or contradicting expert witnesses be extended to December 7, 2015; and that the deadline for completing all discovery be extended to December 31, 2015.

Dated this 16th day of September, 2015.

RESPECTFULLY SUBMITTED,

THE LAW OFFICES OF DAVID C. JAPHA, P.C.

S/ David C. Japha

_____

by David C. Japha
950 S. Cherry Street, Ste. 912
Denver, CO 80246
(303) 964-9500
Fax: 1-866- 260-7454
email: Djapha4064@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2015, I served a true and correct copy of the foregoing on counsel for the Defendants, via email to:

Andrew Ringel, Esq.  and Edmund Kennedy, Esq.
ringela@hallevans.com and kennedye@hallevans.com

Rachel A. Morris, Esq.  and William A Rogers, III, Esq.
Rmorris@wrhlaw.com  and Wrogers@wrhlaw.com

In addition, Counsel certifies that he has sent a copy of these disclosures to Mr. Longoria

s/ DAVID C. JAPHA

_____