IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00302-PAB-MJW

YSIDRO LONGORIA,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA,
CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individual capacity and as an employee of CCA,
C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O. LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O. DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA, and
C.O. CHIEF JOHN DOE 1, in his individual capacity and as an employee of CCA,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Further Modify Scheduling Order to Extend the Deadline for Filing Expert Disclosures and Discovery Cut Off (Docket No. 34) is granted.  The Scheduling Order (Docket No. 22) is thus amended as follows.  The deadline for disclosure of experts is now November 2, 2015.  The deadline for rebuttal experts is now December 7, 2015.  The discovery cut-off is now December 31, 2015.

Date: September 17, 2015