IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00302-PAB-MJW

YSIDRO LONGORIA,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individually capacity and as an employee of CCA,
C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O. LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA,
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA,
C.O. CHIEF JOHN DOE 1, in his individual capacity and as an employee of CCA,

    Defendants.
_____

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**
_____

Defendants Corrections Corporation of America, Dennis Kastelic, Glena Lucero, Linda Bradford, Brandon Florez, Anthony Romero, Roseann Jaramillo, Tiffany Marez, David Lambert, and Steve Medina, by and through their respective counsel, Andrew D. Ringel, Esq., and Edmund M. Kennedy, Esq. of Hall & Evans, L.L.C., and William A. Rogers, III, and Rachel A. Morris, Esq. of Wood, Ris & Hames, P.C., hereby respectfully submit the following Response, and state as follows:

1. On September 1, 2015, Plaintiff filed a Motion for Leave to File Second Amended Complaint.

2., Defendants opposed the Motion.

3. Upon receipt of the Motion and review of the tendered amended Complaint, Defendants now withdraw their opposition to the Motion.

4. Defendants reserve the right to raise any applicable defense in their responsive pleading.

WHEREFORE, Defendants respectfully submit this Response to Motion for Leave to File Second Amended Complaint.

Dated this 25th day of September 2015.

Respectfully submitted,

s/ *Edmund M. Kennedy*
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3300
Facsimile: (303) 628-3368
Email: ringela@hallevans.com
 kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANTS CORRECTIONS CORPORATION OF AMERICA, GLENDA LUCERO, BRANDON FLOREZ, ANTHONY ROMERO, ROSEANN ROMERO, TIFFANY MAREZ, AND STEVE MEDINA**

and

3

        s/ *Rachel A. Morris*          .
William A. Rogers, III, Esq.
Rachel A. Morris, Esq.
Wood, Ris & Hames, P.C.
1775 Sherman Street, #1600
Denver, CO 80203-4313
Tel:  (303) 863-7700
Fax:  (303) 830-8772
Email: wrogers@wrhlaw.com
       rmorris@wrhlaw.com

**ATTORNEYS FOR DEFENDANT LINDA BRADFORD**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 25th day of September 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David C. Japha, Esq.
davidjapha@japhalaw.com

William A. Rogers, III, Esq.
wrogers@wrhlaw.com

Rachel A. Morris, Esq.
rmorris@wrhlaw.com

s/ Nicole Marion, Legal Assistant to
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:   (303) 628-3300
Facsimile:    (303) 628-3368
Email: ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS CORRECTIONS CORPORATION OF AMERICA, GLENDA LUCERO, BRANDON FLOREZ, ANTHONY ROMERO, ROSEANN ROMERO, TIFFANY MAREZ, AND STEVE MEDINA**