**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00302-PAB-MJW

YSIDRO LONGORIA,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individual capacity and as an employee of CCA,
C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O. LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA,
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O. DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA,
C.O. CHIEF JOHN DOE I, in his individual capacity and as an employee of CCA,

Defendants.

---

**UNOPPOSED MOTION FOR ORDER REGARDING DEPOSITION OF PLAINTIFF**

---

Defendant, Linda Bradford, by and through her attorneys, Wood, Ris & Hames, P.C., submits the following Unopposed Motion for Order Regarding Deposition of Plaintiff pursuant to F.R.C.P. 30(a)(2)(B):

1.      Plaintiff, Ysidro Longoria, is currently incarcerated at the Arkansas Valley Correctional Facility in Pueblo, Colorado.

2.      As part of currently ongoing discovery, Defendants have requested the deposition of Mr. Longoria.  Mr. Longoria and his counsel have agreed to the deposition, which has been tentatively scheduled for October 21, 2015.

3.      Pursuant to F.R.C.P. 30(a)(2)(B), a party must obtain leave of court to depose a prisoner.  Since Mr. Longoria is currently incarcerated, Defendant Bradford seeks to obtain leave of this Court to proceed with the deposition scheduled for October 21, 2015.

4.      Mr. Longoria is the Plaintiff and has substantial information regarding the claims he asserts in this case.  The information sought by Defendants at Mr. Longoria's deposition is relevant to these claims, and is consistent with the discovery requirements and limitations of F.R.C.P. 26(b)(2).

5.      Pursuant to D.C.COLO.L.Civ. R. 7.1(A), undersigned counsel conferred with counsel for the remaining Defendants and counsel for Plaintiff regarding the relief sought herein. They have no objection to the Court issuing an Order permitting the deposition of Mr. Longoria.

WHEREORE, Defendant, Linda Bradford, respectfully requests that the Court issue an order permitting Defendants to take the deposition of Plaintiff, Ysidro Longoria, who is currently incarcerated at the Arkansas Valley Correctional Facility in Pueblo, Colorado.

Respectfully submitted this 6th day of October, 2015.

WOOD, RIS & HAMES, P.C.


 s/  Rachel A. Morris
Rachel A. Morris
William A. Rogers, III
1775 Sherman Street, #1600
Denver, CO  80203-4313
Telephone: (303) 863-7700
Fax:  (303) 830-8772
Email:  rmorris@wrhlaw.com
*Attorneys for Defendant*
*Linda Bradford*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2015, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ORDER REGARDING DEPOSITION OF PLAINTIFF** was filed with the Clerk of Court using CM/ECF, and notification of such filing to the following parties of record:

David C. Japha
The Law Offices of David C. Japha, P.C.
950 South Cherry Street, Suite 912
Denver, CO  80246
davidjapha@japhalaw.com
*Attorneys for Plaintiff*

Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
ringela@hallevans.com
kennedye@hallevans.com
*Attorneys for Defendants Corrections Corporation of America, Glenda Lucero, Brandon Florez, Anthony Romero, Roseann Romero, Tiffany Marez, and Steve Medina*

 s/ Rebecca Gibson
Legal Assistant