IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00302-PAB-MJW

YSIDRO LONGORIA,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individual capacity and as an employee of CCA,
C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O. LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA,
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O. DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA,
C.O. CHIEF JOHN DOE I, in his individual capacity and as an employee of CCA,

Defendants.

---

## STIPULATION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT LINDA BRADFORD ONLY WITH PREJUDICE

---

The parties, by and through their respective attorneys, hereby stipulate and agree to the following:

1. On or around February 12, 2015, Plaintiff Ysidro Longoria filed a Complaint and Jury Demand asserting certain claims for relief. Defendant Linda Bradford was named as a Defendant in Plaintiff's Complaint.

2. Defendant Bradford denied all allegations asserted against her by Plaintiff.

3. After conducting appropriate discovery, the parties agree that all claims which Plaintiff asserted or could have asserted against Defendant Bradford be dismissed with prejudice, each party to pay his, her or its own fees and costs.

4. Pursuant to D. Colo. L. Civ. R. 7.1(a) and F.R.C.P. 41(a)(1)(A)(ii), all parties to this litigation stipulate and agree to this Stipulation and the relief requested herein

WHEREFORE, the parties stipulate and agree pursuant to F.R.C.P. 41(a)(1)(A)(ii) to a dismissal with prejudice of all Plaintiff's claims against Defendant Bradford only, each party to pay his, her or its own costs and attorney fees.

Respectfully submitted this 21st day of October, 2015.

| THE LAW OFFICES OF DAVID C. JAPHA, P.C. | WOOD, RIS & HAMES, P.C. |
|---|---|
| By: *s/ David C. Japha*<br>David C. Japha<br>950 S. Cherry St., Ste. 912<br>Denver, CO  80203-4313<br>Email:   davidjapha@japhalaw.com<br>*Attorneys for Plaintiff Ysidro Longoria* | By: *s/ Rachel A. Morris*<br>Rachel A. Morris<br>William A. Rogers, III<br>1775 Sherman St., Ste. 1600<br>Denver, CO  80203<br>Email:   rmorris@wrhlaw.com<br>            wrogers@wrhlaw.com<br>*Attorneys for Defendant Linda Bradford* |

HALL & EVANS LLC

By: *s/ Andrew D. Ringel*
Edmund M. Kennedy
Andrew D. Ringel
1001 17th St., Ste. 300
Denver, CO  80202
Email:   kennedye@hallevans.com
            ringela@hallevans.com
*Attorneys for Defendants Corrections Corporation of America, Glenda Lucero, Brandon Florez, Anthony Romero, Roseann Romero, Tiffany Marez, and Steve Medina*