IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00302-PAB-MJW

YSIDRO LONGORIA,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Stipulation to Dismiss Plaintiff's Claims Against Defendant Linda Bradford Only With Prejudice [Docket No. 46] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."). Despite Rule 41(a)(1)'s reference to the dismissal of an "action," the weight of authority permits a dismissal of all claims pursuant to Rule 41(a)(1)(A) against fewer than all defendants. *See Montoya v. FedEx Ground Package System, Inc.*, 614 F.3d 145, 148 (5th Cir. 2010); *Blaize-Sampeur v. McDowell*, 2007 WL 1958909, at *2 (E.D.N.Y. June 29, 2007) (noting that, although the Second Circuit had previously stated otherwise, it had "since adopted the approach of the majority of courts in other circuits – that is, that Rule 41(a) does not require dismissal of the action in its entirety" and permits dismissal of all claims as to a single defendant). The parties request dismissal of the case as to defendant Linda Bradford with prejudice. Therefore, the case was dismissed with prejudice as to defendant Linda Bradford only, in her individual capacity and as an employee of CCA, as of the entry of the Stipulation to Dismiss Plaintiff's Claims Against Defendant Linda Bradford Only With Prejudice [Docket No. 46]. No order of dismissal is necessary.

    DATED October 22, 2015.