IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00302-PAB-MJW

YSIDRO LONGORIA,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individually capacity and as an employee of CCA,
C.O. G. CARDENAS, in his individual capacity and as an employee of CCA,
C.O. MATTHEW DOTTER, in his individual capacity and as an employee of CCA,
C.O. ANDREWS LOPEZ, in his individual capacity and as an employee of CCA,
C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O. LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA,
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA, and
C.O. CHIEF LISA FELLHAUER, in her individual capacity and as an employee of CCA,

    Defendants.
_____

**JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE**
with proposed Order
_____

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff Ysidro Longoria and Defendants Corrections Corporation of America, Dennis Kastelic, Gonzalo Cardenas-Garcia, Matthew Dotter, Andres Lopez, Glenda Lucero, Brandon Florez, Anthony Romero, Roseann Jaramillo, Tiffany Marez, David Lambert, Steve Medina, and Lisa Fellhauer (collectively "Defendants"), by and through their respective counsel, David C. Japha, Esq. of The Law Offices of David C. Japha, P.C., and Andrew D. Ringel, Esq.

and Edmund M. Kennedy, Esq. of Hall & Evans, L.L.C., that the parties have reached a full and final settlement in above captioned matter, and

  IT IS FURTHER STIPULATED AND AGREED to that the parties request the Court to enter an Order of Dismissal with Prejudice, with each party to pay his own costs and attorneys fees.

      Dated this 29th day of December, 2015.

Respectfully submitted,


s/David C. Japha_____
David C. Japha, Esq.
The Law Offices of David C. Japha, P.C.
950 S. Cherry Street, #912
Denver, Colorado 80246
Tel:  (303) 964-9500
djapha4064@aol.com

**ATTORNEYS FOR PLAINTIFF**


s/ Andrew D. Ringel_____
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel:  (303) 628-3300
Fax:  (303) 628-3368
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that on the 29th day of December, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David C. Japha
davidjapha@japhalaw.com

                                              s/ Nicole Marion, Legal Assistant to
                                              Andrew D. Ringel, Esq.
                                              Edmund M. Kennedy. Esq.
                                              Hall & Evans, L.L.C.
                                              1001 17th Street, Suite 300
                                              Denver, CO 80202
                                              Telephone:   (303) 628-3300
                                              Facsimile:    (303) 628-3368
                                              Email: ringela@hallevans.com
                                                            kennedye@hallevans.com

                                              **ATTORNEYS FOR DEFENDANTS**