IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00302-PAB-MJW

YSIDRO LONGORIA,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
CORRECTIONS OFFICER (C.O.) DENNIS KASTELIC, in his individually capacity and as an employee of CCA,
C.O. G. CARDENAS, in his individual capacity and as an employee of CCA,
C.O. MATTHEW DOTTER, in his individual capacity and as an employee of CCA,
C.O. ANDREWS LOPEZ, in his individual capacity and as an employee of CCA,
C.O. GLENDA LUCERO, in her individual capacity and as an employee of CCA,
C.O. LINDA BRADFORD, in her individual capacity and as an employee of CCA,
C.O. BRANDON FLOREZ, in his individual capacity and as an employee of CCA,
C.O. ANTHONY ROMERO, in his individual capacity and as an employee of CCA,
C.O. ROSEANN JARAMILLO, in her individual capacity and as an employee of CCA,
C.O. TIFFANY MAREZ, in her individual capacity and as an employee of CCA,
C.O DAVID LAMBERT, in his individual capacity and as an employee of CCA,
C.O. STEVE MEDINA, in his individual capacity and as an employee of CCA, and
C.O. CHIEF LISA FELLHAUER, in her individual capacity and as an employee of CCA,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice. After careful review of the stipulation and the file, the Court has concluded that the stipulation should be approved and that Plaintiff's claims against Defendants should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1. That the Joint Stipulated Motion for Dismissal With Prejudice is APPROVED; and

2. That Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorneys fees and costs.

Dated this \_\_\_\_\_ day of December, 2015.

BY THE COURT:

_____
Philip A. Brimmer
United States District Judge